

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR CONCEALMENT OF ASSETS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-00084 |
| v. | * | SECTION: SECT. J MAG. 4 |
| JOSHUA BORGES | * | VIOLATION: 18 U.S.C. § 152(1) |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1

On or about April 17, 2018, in the Eastern District of Louisiana, **JOSHUA BORGES**, defendant herein, did knowingly and fraudulently conceal property that belonged to him in Bankruptcy Case No. 18-10985, titled *In re Joshua Borges*, specifically, $9,000.00 in cash on hand, and his business interest in Elite Enterprise Holding, LLC, which had a value of at least approximately $89,771.08, from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee, all in violation of Title 18, United States Code, Section 152(1).

### NOTICE OF FORFEITURE

1.   The allegations of Count 1 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

___Fee_ USA_____
___Process_____
X_Dktd_____
___CtRmDep_____
___Doc.No._____

2. As a result of the offenses alleged in Count 1, defendant, **JOSHUA BORGES**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property real or personal which constitutes or is derived from proceeds traceable to said offense.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

EDWARD J. RIVERA
ANDRE J. LAGARDE
Assistant United States Attorneys

New Orleans, Louisiana
April 28, 2023

2

FORM OBD-34

No.___

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**JOSHUA BORGES**

# INDICTMENT

### INDICTMENT FOR CONCEALMENT OF ASSETS

**VIOLATIONS:** Title 18, U.S.C., Section 152(1)

_A true bill:_ [REDACTED]

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
EDWARD J. RIVERA
Assistant United States Attorney